**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 15-6518

———————

EKERE INYANGETTE,

             Petitioner - Appellant,

      v.

TRAVIS BRAGG, Warden FCI Bennettsville,

             Respondent – Appellee,

      and

DARLENE DREW,

             Respondent.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Bruce H. Hendricks, District Judge.
(6:13-cv-01219-BHH)

———————

Submitted:  July 21, 2015              Decided:  July 24, 2015

———————

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ekere Inyangette, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ekere Inyangette, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. The district court referred this case to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Inyangette that failure to file specific objections to this recommendation would waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Inyangette has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, although we grant Inyangette's motion to proceed in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2